1  MICHELLE R. BARRETT , Bar No. 197280
   PAUL S. COWIE, Bar No. 250131
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:    415.433.1940
   Facsimile:    415.399.8490
5  Email:        pcowie@littler.com

6  Attorneys for Defendants
   BLC LODGE AT PAULIN, L.P., SONAYA
7  STEVENS, and ERIC HEUER

8  ROBERT C. HUBBS, Bar No. 145641
   KNEISLER, SCHONDEL & HUBBS
9  538 Mendocino Avenue
   P.O. Box 5767
10 Santa Rosa, CA 95402.5767
   Telephone:    707.542-5132
11 Facsimile:    707.547-2212
   Email:        rchesq@injuredworkerlaw.com
12
   Attorney for Plaintiff
13 IRAIDA FADEEVA

14

15                 UNITED STATES DISTRICT COURT

16               NORTHERN DISTRICT OF CALIFORNIA

17 IRAIDA FADEEVA,                    Case No. CV 08 4231 ~~EDL~~ TEH

18            Plaintiff,              **STIPULATION TO EXTEND TIME FOR
                                      DEFENDANTS SONAYA STEVENS, AND
19     v.                             ERIC HEUER TO FILE RESPONSIVE
                                      PLEADING**
20 BLC LODGE AT PAULIN, L.P.;
   SONAYA STEVENS; ERIC HEUER; and    **[Local Rule 6-1(a)]**
21 DOES 1-50, inclusive,

22            Defendants.

23

24          Pursuant to Local Rule 6-1(a), Plaintiff IRAIDA FADEEVA ("Plaintiff") and

25 Defendants ERIC HEUER and SONAYA STEVENS ("Defendants") hereby stipulate to an

26 extension of time for Defendants to file a responsive pleading to Plaintiff's Complaint through and

27 including October 7, 2008.

28

TTLER MENDELSON
Professional Corporation
650 California Street
20th Floor
Francisco, CA  94108 2693
415 433 1940

STIP. TO EXTEND TIME FOR DEFENDANTS
TO FILE RESPONSIVE PLEADING

CASE NO. CV 08 4231 EDL

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 12, 2008

_____

PAUL S. COWIE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
BLC LODGE AT PAULIN, L.P., SONAYA
STEVENS, and ERIC HEUER

Dated: September 11, 2008

_____

ROBERT C. HUBBS
KNEISLER, SCHONDEL & HUBBS
Attorney for Plaintiff
IRAIDA FADEEVA

Firmwide:86596043.1 051918.1028



UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Thelton E. Henderson

09/16/08

NORTHERN DISTRICT OF CALIFORNIA

'TLER MENDELSON
PROFESSIONAL CORPORATION
850 California Street
20th Floor
'rancisco, CA  94108 2693
415 433 1940

**STIP. TO EXTEND TIME FOR DEFENDANTS
TO FILE RESPONSIVE PLEADING**

2.

CASE NO. CV 08 4231 EDL