1  MICHELLE R. BARRETT, Bar No. 197280
   PAUL S. COWIE, Bar No. 250131
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone:  415.433.1940
   Facsimile:   415.399.8490
5  Email:        pcowie@littler.com

6  Attorneys for Defendants
   BLC LODGE AT PAULIN, L.P., SONAYA
7  STEVENS, and ERIC HEUER

8  ROBERT C. HUBBS, Bar No. 145641
   KNEISLER, SCHONDEL & HUBBS
9  538 Mendocino Avenue
   P.O. Box 5767
10 Santa Rosa, CA 95402-5767
   Telephone:  707.542-5132
11 Facsimile:   707.547-2212
   Email:        rchesq@injuredworkerlaw.com
12
   Attorney for Plaintiff
13 IRAIDA FADEEVA

14

15                        UNITED STATES DISTRICT COURT

16                       NORTHERN DISTRICT OF CALIFORNIA

17  IRAIDA FADEEVA,                        Case No. CV 08 4231 TEH

18              Plaintiff,                 STIPULATION TO EXTEND TIME FOR
                                           DEFENDANTS SONAYA STEVENS, AND
19       v                                 ERIC HEUER TO FILE RESPONSIVE
                                           PLEADING
20  BLC LODGE AT PAULIN, L.P.;
    SONAYA STEVENS; ERIC HEUER; and        [Local Rule 6-1(a)]
21  DOES 1-50, inclusive,

22              Defendants.

23

24       Pursuant to Local Rule 6-1(a), Plaintiff IRAIDA FADEEVA ("Plaintiff") and

25  Defendants ERIC HEUER and SONAYA STEVENS ("Defendants") hereby stipulate to an

26  extension of time for Defendants to file a responsive pleading to Plaintiff's Complaint through and

27  including October 31, 2008. The Parties anticipate that Defendants shall be dismissed with prejudice

28  within this time period.

```
1
2                IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
3   Dated: October  3 , 2008
4
                                            _____
5                                           PAUL S. COWIE
                                            LITTLER MENDELSON
6                                           A Professional Corporation
                                            Attorneys for Defendants
7                                           BLC LODGE AT PAULIN, L.P., SONAYA
                                            STEVENS, and ERIC HEUER
8
9   Dated: October  3 , 2008
                                            _____
10                                          ROBERT C. HUBBS
                                            KNEISLER, SCHONDEL & HUBBS
11                                          Attorney for Plaintiff
                                            IRAIDA FADEEVA
12
13  Firmwide:86847430.1 051R18.1028
```

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE
10/6/08

STIP. TO EXTEND TIME FOR DEFENDANTS
TO FILE RESPONSIVE PLEADING              2.                CASE NO. CV 08 4231 EDL