1  MICHELLE R. BARRETT, Bar No. 197280
   PAUL S. COWIE, Bar No. 250131
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:   415.433.1940
   Facsimile:   415.399.8490
5  Email:       pcowie@littler.com

6  Attorneys for Defendants
   BLC LODGE AT PAULIN, L.P., SONAYA
7  STEVENS, and ERIC HEUER

8  ROBERT C. HUBBS, Bar No. 145641
   KNEISLER, SCHONDEL & HUBBS
9  538 Mendocino Avenue
   P.O. Box 5767
10 Santa Rosa, CA 95402.5767
   Telephone:   707.542-5132
11 Facsimile:   707.547-2212
   Email:       rchesq@injuredworkerlaw.com
12
   Attorney for Plaintiff
13 IRAIDA FADEEVA

14

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17 IRAIDA FADEEVA,                      Case No. CV 08 4231 TEH

18              Plaintiff,              **STIPULATION OF DISMISSAL WITH
                                        PREJUDICE AS TO PLAINTIFF'S
19       v.                             CLAIMS AGAINST ERIC HEUER AND
                                        [PROPOSED] ORDER**
20 BLC LODGE AT PAULIN, L.P.;
   SONAYA STEVENS; ERIC HEUER; and      **[FED. R. CIV. P. 41(A)(1)]**
21 DOES 1-50, inclusive,

22              Defendants.

23
        Iraida Fadeeva ("Plaintiff") and Defendants BLC Lodge at Paulin, L.P., Sonaya
24
   Stevens and Eric Heuer ("Defendants") through their respective counsel of record, hereby stipulate
25
   to the dismissal of the above-referenced lawsuit in its entirety with prejudice pursuant to Rule
26
   41(a)(1) of the Federal Rules of Civil Procedure as to Defendant Eric Heuer.  Each side will pay its
27
   own attorneys' fees and costs.
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP. OF DISMISSAL WITH PREJUDICE OF
CLAIMS AGAINST HEUER

CASE NO. CV 08 4231 TEH

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: October 9, 2008

_____
PAUL S. COWIE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
BLC LODGE AT PAULIN, L.P., SONAYA STEVENS, and ERIC HEUER

Dated: October 6, 2008

_____
ROBERT C. HUBBS
KNEISLER, SCHONDEL & HUBBS
Attorney for Plaintiff
IRAIDA FADEEVA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 16, 2008

_____
THE HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

Firmwide:86792936.1 051918.1028

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST HEUER   2.   CASE NO. CV 08 4231 TEH