| | |
|---|---|
| 1 | MICHELLE R. BARRETT, Bar No. 197280 |
|   | PAUL S. COWIE, Bar No. 250131 |
| 2 | LITTLER MENDELSON |
|   | A Professional Corporation |
| 3 | 650 California Street, 20th Floor |
|   | San Francisco, CA  94108.2693 |
| 4 | Telephone:    415.433.1940 |
|   | Facsimile:     415.399.8490 |
| 5 | Email:           pcowie@littler.com |

Attorneys for Defendants
BLC LODGE AT PAULIN, L.P., SONAYA STEVENS, and ERIC HEUER

ROBERT C. HUBBS, Bar No. 145641
KNEISLER, SCHONDEL & HUBBS
538 Mendocino Avenue
P.O. Box 5767
Santa Rosa, CA 95402.5767
Telephone:    707.542-5132
Facsimile:     707.547-2212
Email:           rchesq@injuredworkerlaw.com

Attorney for Plaintiff
IRAIDA FADEEVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRAIDA FADEEVA, | Case No. CV 08 4231 TEH |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS AND [PROPOSED] ORDER** |
| v. | |
| BLC LODGE AT PAULIN, L.P.; SONAYA STEVENS; ERIC HEUER; and DOES 1-50, inclusive, | [FED. R. CIV. P. 41(A)(1)] |
| Defendants. | |

Iraida Fadeeva ("Plaintiff") and Defendants BLC Lodge at Paulin, L.P., Sonaya Stevens and Eric Heuer ("Defendants") through their respective counsel of record, hereby stipulate to the dismissal of the above-referenced lawsuit in its entirety with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure as to all Defendants.  Each side will pay its own attorneys' fees and costs.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. OF DISMISSAL WITH PREJUDICE OF
CLAIMS AGAINST HEUER

CASE NO. CV 08 4231 TEH

1            **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

2   Dated: November 11, 2008

3

4                                                   PAUL S. COWIE
                                                LITTLER MENDELSON

5                                                 A Professional Corporation
                                                Attorneys for Defendants

6                                                 BLC LODGE AT PAULIN, L.P., SONAYA
                                                STEVENS, and ERIC HEUER

7

8   Dated: November 7, 2008

                                                ROBERT C. HUBBS

9                                                 KNEISLER, SCHONDEL & HUBBS
                                                Attorney for Plaintiff

10                                               IRAIDA FADEEVA

11

12           **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13   Dated: ~~November ____, 2008~~

14         12/04/08

15

16                                                 THE HONORABLE THELTON E.
                                                HENDERSON

17                                                 UNITED STATES DISTRICT JUDGE

18   Firmwide:87339048.1 051918.1028

*Judge Thelton E. Henderson*

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST HEUER        2.               CASE NO. CV 08 4231 TEH